**United States District Court**
**Violation Notice**
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161151 | Provost | 867 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/20/2022 12:25
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8341.1(f)(4)
Place of Offense: Grand Canyon Parashant National Monument BLM Road 1676
Offense Description. Factual Basis for Charge: Operation of OHV Causing Environmental Damage. HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: LARSON
First Name: Steven
M.I.: R
City: ST George
State: UT
Zip Code: 84770
Date of Birth (mm/dd/yyyy): __/__/1961
D.L. State: UT
Social Security No: 2648
☒ Adult ☐ Juvenile  Sex: ☒ Male ☐ Female
Hair: BRO  Eyes: BLU  Height: 5'09"  Weight: 165

**VEHICLE** VIN: 3
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | UT | 17 | Dodge Ram | | white |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable

Original - CVB Copy

*E1161151*

22-04260-MJ-01-PCT-CDB

Incident # LM22013446       CVB Loc. Code A59       Violation Notice #E1161151

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 20, 2022, while exercising my duties as a law enforcement officer in the Federal District of Arizona

At approximate 12:25 hours, I was patrolling on BLM Road 1676, within BLM administered land of the Grand Canyon Parashant National Monument.

I saw a series of vehicle tracks leave the roadway and travel over vegetation. The vehicle tracks led to a campsite consisting of two white trucks and an enclosed utility trailer: a white Toyota Tacoma and White Dodge Ram. The vehicles had created a new road approximately 100 yards from the designated route. During the off-road travel, the vehicles drove over numerous plants and vegetation.

At approximately 12:50 hours, I contacted a male subject, Steven R. LARSON of St. George Utah, near the camp. LARSON confirmed the white Dodge Ram bearing UT tag number W98 1PS, and utility trailer bearing UT tag number 061 WLM from the camp belonged to him.

I issued Steven R. LARSON a Mandatory Appearance for 43 CFR 8341.1(f)(4) Operation of OHV causing environmental Damage

The foregoing statement is based upon:
☒ My personal observation       ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/14/2022
Date (MM/DD/YYYY)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2022.04.21 09:43:08 -07'00'
Date (MM/DD/YYYY)       U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A59 | E 1161152 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/20/2022 14:00
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8341.1(b)
Place of Offense: Grand Canyon Parashant National Monument, Salt House Draw / West of BLM Rd 1062

Offense Description Factual Basis for Charge:
Operation of OHV off designated area or trails; Documented 509 miles off designated trails

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: LARSON
First Name: Steven
M.I.: R

Street Address: —

City: St. George
State: UT
Zip Code: 84770
Date of Birth: 3/_/1961

Drivers License No: —
CDL ☐  D.L. State: UT
Social Security No: —2648

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BRN   Eyes: BLU   Height: 5'09"   Weight: 165

### VEHICLE
VIN: —
Tag No: —
State: UT
Year: 03
Make/Model: Honda Rancher
PASS ☐   Color: Green
CMV ☐

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable

Original - CVB Copy

*E1161152*

Incident # LM22013446      CVB Loc. Code A59      Violation Notice #E1161152

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 20, 2022, while exercising my duties as a law enforcement officer in the Federal District of Arizona

At approximate 12:50 hours, I was patrolling on BLM Road 1062; within BLM administered land of the Grand Canyon Parashant National Monument.

I contacted a male subject, Steven R. LARSON of St. George Utah, at the intersection of BLM Rd 1062 and BLM Rd 1012. LARSON was operating a green Honda Rancher ATV.

After our contact, I followed LARSON's ATV tracks to BLM Rd 1670. I saw the ATV tracks enter the vegetation near a cattle pond. For the next two days, 02/20/2022 and 02/21/2022, I followed the off-road ATV tracks, totaling 5.09 miles of off-road travel. During my documentation of the off-road ATV tracks, I located an area where the ATV tracks crossed. I was unable to follow the set of tracks traveling west, and I was unable to locate where the ATV exited the area.

The off-road travel from this ATV, damaged or destroyed thousands of plants; the Grand Canyon Parashant National Monument Ecologist identified 5 different species of plants that had been damage or destroyed.

I issued Steven R. LARSON a Mandatory Appearance for 43 CFR 8341.1(f)(4) Operation of OHV off designated area or trails

The foregoing statement is based upon:
☒ My personal observation          ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/18/2022
Date (MM/DD/YYYY)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2022.04.21 09:43:38 -07'00'
Date (MM/DD/YYYY)      U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice
(Rev 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A59 | E 1161153 | Provost | 867 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02/20/2022 17:25
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 9212.1(d)
Place of Offense: Grand Canyon Parashant National Monument BLM Rd 1076

Offense Description Factual Basis for Charge: Leave a fire without extinguishing it  HAZMAT ☐

---

**DEFENDANT INFORMATION**  Phone:

Last Name: LARSON
First Name: Steven
MI: R
Street Address: 

City: St George
State: UT
Zip Code: 84770
Date of Birth (mm/dd/yyyy): ___/___/1961

Drivers License No: L_L___-2648
CDL ☐  D.L. State: UT
Social Security No:

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female   Hair: BRO   Eyes: BLU   Height: 5'09"   Weight: 105

**VEHICLE**  VIN:  CMV ☐

Tag No: ___
State: UT
Year: 17
Make/Model: Dodge Ram
PASS ☐
Color: White

---

**A** ☒ **APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions

**B** ☐ **APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

---

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature: Not Available

Original - CVB Copy

*E1161153*

Incident # LM22013446      CVB Loc. Code A59      Violation Notice #E1161153

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 20, 2022, while exercising my duties as a law enforcement officer in the Federal District of Arizona

At approximate 12:25 hours, I was patrolling on BLM Road 1676, within BLM administered land of the Grand Canyon Parashant National Monument.

I saw a camp approximately 100 yards off the roadway. The camp consisted of two white pickup trucks and an enclosed utility trailer. I walked into the camp to make contact, but the camp was unoccupied.

In the middle of the camp was a recent fire. I checked the fire for heat and the fire was still burning. The fire did not have a fire ring and vegetation was within 1 foot of the burning fire. Approximately 15 feet from the fire were two large Juniper trees.

At approximately 12:50 hours, I contacted a male subject, Steven R. LARSON of St. George Utah, near the camp on BLM Rd 1062. LARSON confirmed the white Dodge Ram bearing UT tag number W98 1PS, and utility trailer bearing UT tag number 061 WLM from the camp belonged to him.

I issued Steven R. LARSON a Mandatory Appearance for 43 CFR 8341.1(f)(4) Leave a Fire without Extinguishing.

Weather: Temp-mid 50's, Wind-Light breeze

The foregoing statement is based upon:
☒ My personal observation              ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/18/2022
Date (MM/DD/YYYY)                         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.04.21 09:44:03 -07'00'
Date (MM/DD/YYYY)          U. S. Magistrate Judge

**United States District Court**
**Violation Notice**
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A59 | E 1161154 | Provost | 867 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/20/2022 12:50
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR 8341.1(d)

Place of Offense: Grand Canyon Parashant National Monument BLM Rd 1062

Offense Description, Factual Basis for Charge: HAZMAT ☐
Operation of OHV in violation of State Law; No out of state OHV registration/Not displayed

**DEFENDANT INFORMATION**

Last Name: LARSON
First Name: Steven
M.I.: R

City: St. George
State: UT
Zip Code: 84770
Date of Birth (mm/dd/yyyy): __/__/1961

Drivers License No: L_____
CDL ☐   D.L. State: UT
Social Security No: _____ 2648

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female    Hair: BRO    Eyes: BLU    Height: 5'09"    Weight: 165

**VEHICLE** VIN:

Tag No: ___    State: UT    Year: 03    Make/Model: Honda Rancher    PASS ☐    Color: Green

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable

Original - CVB Copy

*E1161154*

Incident # LM22013446     CVB Loc. Code A59     Violation Notice #E1161154

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 20, 2022, while exercising my duties as a law enforcement officer in the Federal District of Arizona

At approximate 12:50 hours, I was patrolling on BLM Road 1062; within BLM administered land of the Grand Canyon Parashant National Monument.

I contacted a male subject, Steven R. LARSON of St. George Utah, operating a Honda Rancher ATV. LARSON's Honda Rancher did not display a required out-of-state OHV decal.

LARSON was contacted on 03/08/2020, on BLM Rd 1069, and informed of the out-of-state OHV decal requirements, he received a verbal warning for not have the out-of-state OHV decal on this incident.

I issued Steven R. LARSON a Mandatory Appearance for 43 CFR 8341.1(d) No out of state OHV Registration

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/18/2022
Date (MM/DD/YYYY)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2022.04.21 09:44:30 -07'00'
Date (MM/DD/YYYY)     U. S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A59 | E 1161155 | Provost | 867 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/21/2022 09:30
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8365.1-1(b)(1)
Place of Offense: Grand Canyon Parashant National Monument BLM Rd. 1676

Offense Description: Factual Basis for Charge: Litter. Nonflammable trash/garbage
HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: LARSON
First Name: Steven
M.I.: R

City: St George
State: UT
Zip Code: 84770
Date of Birth (mm/dd/yyyy): __/__/1961

Drivers License No: [redacted]
CDL ☐  D.L. State: UT
Social Security No: ___-__-2648

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: Bro   Eyes: Blu   Height: 5'09"   Weight: 165

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AT | 17 | Dodge Ram |  | White |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable

Original - CVB Copy

*E1161155*

Incident # LM22013446   CVB Loc. Code A59   Violation Notice #E1161155

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 21, 2022, while exercising my duties as a law enforcement officer in the Federal District of Arizona

At approximate 09:30 hours, I returned to BLM Road 1676 to conduct a follow up campsite check, within BLM administered land of the Grand Canyon Parashant National Monument.

While enroute to the campsite, I passed the camps occupant, Steven R. LARSON of St George Utah, leaving the area. I arrived at LARSON's camp and conducted a campsite check.

There were food items left around the camp, breakfast sandwich and hashbrowns. Under a tree near the breakfast sandwich and where LARSON's truck and trailer had been parked, were several coffee filters with coffee grounds left in the filter.

I issued Steven R. LARSON a Mandatory Appearance for 43 CFR 8365.1-1(b)(1) Littering Non-Flammable Material

The foregoing statement is based upon:

☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: 04/18/2022
Date (MM/DD/YYYY)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2022.04.21 09:44:54 -07'00'
Date (MM/DD/YYYY)   U. S. Magistrate Judge

Page 1 of 1